# Court of Appeals
# of the State of Georgia

ATLANTA,  December 30, 2021

*The Court of Appeals hereby passes the following order:*

**A22I0103. BROCK BUILT HOMES, LLC et al. v. STEVE TAYLOR, IN HIS OFFICIAL CAPACITY AS COUNTY COMMISSIONER OF BARTOW COUNTY et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The motion to file a late response is hereby DENIED AS MOOT. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/30/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____ , *Clerk.*